**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00486-CV

### CROSSROADS FINANCIAL, LLC, Appellant

### V.

### A.D.I.M. GLOBAL CO. LTD, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14416**

## ORDER

We **DENY** appellant's April 26, 2016 motion to stay discovery and other proceedings pending appeal.

/s/    ELIZABETH LANG-MIERS
       JUSTICE